JACOB REICHERT, Respondent, v. EDWARD A. McQUADE and JOHN H. McQUADE, etc., Defendants. JAMES A. McQUADE, Appellant.— Judgment and order reversed upon the law, and new trial granted, costs to abide the event. Plaintiff failed to prove that, at the time he made the formal demand upon defendant for the payment of the note, he exhibited the note to defendant or had the note in his possession. (*Gilpin* v. *Savage*, 201 N. Y. 167.) Kelly, P. J., Manning, Kapper

---

* Amd. by Laws of 1921, chap. 567; since amd. by Laws of 1926, chap. 736, effective July 1, 1926.— [REP.

† See Laws of 1880, chap. 532, § 3; Greater New York Charter (Laws of 1901, chap. 466), § 1586; Id. § 56, as amd. by Laws of 1902, chap. 435; New York Local Laws of 1925, Nos. 1, 2.— [REP.

and Lazansky, JJ., concur; Young, J., dissents, being of opinion that the stipulation at folio 40 of the record limits the issue to the reasonableness of the time of presentation of the note, and in effect concedes that the note was properly presented. The case was tried on this theory.